1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA 94104
Telephone: (415) 392-5431
4
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO. C 05 3853 JSW |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| EVENT PRODUCTIONS INC., etc. | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Case Management Conference in this case set for January 6, 2006 be continued to April 7, 2006 at 1:30 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 4, 2006 _____
Honorable Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE