ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EVENT PRODUCTIONS INC., etc., ) <br> ) <br> Defendant. ) <br> _____ ) | NO. C 05 3853 JSW <br><br> ORDER TO CONTINUE CASE <br> MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for April 7, 2006 be continued to June 2, 2006 at 9:00 a.m. in Courtroom No. 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: March 28, 2006                                    _____
                                                        Judge Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE